THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB ROSEN, Appellant.

*Crimes — knowingly delivering quantity of commodity less than represented — judgment of conviction reversed.*

*People* v. *Rosen,* 220 App. Div. 744. reversed.

(Submitted June 15, 1927; decided July 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered April 29, 1927, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of knowingly delivering a quantity of a commodity less than represented in violation of section 2411 of the Penal Law.

*Abraham H. Kesselman* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

*Per Curiam.* The defendant did not injure or defraud any person by misrepresenting the quantity of coal delivered, and was not guilty of the crime charged, although he may have been proven guilty of an attempt to commit such crime and might have been found guilty of such an attempt.

The judgment of the Appellate Division and that of the Court of Special Sessions should be reversed and a new trial ordered.

CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ., concur.

Judgment accordingly.